```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 00923
    PATRICIA ANN HORBACH
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-5283

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 01/16/2008 and was not confirmed.

    The case was dismissed without confirmation 04/23/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------
OPTION ONE MORTGAGE        CURRENT MORTG          .00           .00              .00
OPTION ONE MORTGAGE        MORTGAGE ARRE     22000.00           .00              .00
ASSET ACCEPTANCE LLC       UNSECURED           497.33           .00              .00
COMMONWEALTH EDISON        UNSECURED          1825.13           .00              .00
ASSET ACCEPTANCE LLC       UNSECURED          1473.40           .00              .00
MIDLAND CREDIT MANAGEMEN   UNSECURED           515.96           .00              .00
GALWAY FINANCIAL SVC LLC   UNSECURED           557.14           .00              .00
ROUNDUP FUNDING LLC        UNSECURED           390.00           .00              .00
ROUNDUP FUNDING LLC        UNSECURED           460.00           .00              .00
PIERCE & ASSOC             NOTICE ONLY     NOT FILED            .00              .00
LIGHTHOUSE FINANCIAL GRO   SECURED NOT I     4866.22            .00              .00
ROUNDUP FUNDING LLC        UNSECURED          2301.75           .00              .00
MARTIN J OHEARN            DEBTOR ATTY       2,000.00                            .00
TOM VAUGHN                 TRUSTEE                                               .00
DEBTOR REFUND              REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        ---------------       ---------------
TOTALS                       .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 07/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```